UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADAM KEYSE, *et al.* | Case No. 1:21-cv-01737-PAB |
| Plaintiffs | Judge Pamela A. Barker |
| v. | |
| BRIGHTEDGE TECHNOLOGIES, INC. | |
| Defendant | |

**PARTIES' JOINT NOTICE OF PROPOSED SETTLEMENT**

Yesterday, January 19, the parties participated in a day-long mediation with Lynn Cohn, one of the foremost FLSA mediators in the country. The parties reached an agreement-in-principle on the essential terms of a collective-wide settlement that would resolve this matter in its entirety. Counsel are now working to fashion a comprehensive settlement agreement, as well as a plan for notice and settlement administration, to propose to the Court for its approval.

Therefore, the parties jointly and respectfully request the Court:

1. Relieve the parties of any obligations under Civil Rule 26 or the Court's case management or civil trial orders;

2. Cancel the Case Management Conference currently scheduled for January 26; and

3. Order the Plaintiff to file a joint (or unopposed) motion for approval of the settlement by February 17.

Jointly & respectfully submitted,

s/ Drew Legando
Drew Legando (0084209)
Tom Merriman (0040906)

    Edward S. Jerse (0013155)
**MERRIMAN LEGANDO WILLIAMS & KLANG, LLC**
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
T. (216) 522-9000
F. (216) 522-9007
E. drew@merrimanlegal.com
   tom@merrimanlegal.com
   edjerse@merrimanlegal.com

*Counsel for Plaintiffs*

s/ Timothy S. Anderson
Timothy S. Anderson (0071593)
Shannon K. Patton (0069407)
**LITTLER MENDELSON P.C.**
Key Tower
127 Public Square, Suite 1600
Cleveland, Ohio 44114
P: 216-696-7600
F: 216-696-2038
E: tanderson@littler.com
   spatton@littler.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January 2022, the foregoing was electronically filed using the Court's ECF system, through which it will be served on all counsel of record.

s/ Drew Legando
Drew Legando (0084209)